**FILED**
**CLERK**
2:55 pm, May 18, 2018
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ASHCAN STUDIO OF ART, INC.,

                Plaintiff,         **MEMORANDUM OF**
                                       **DECISION & ORDER**
        -against-         2:18-cv-02079 (ADS) (ARL)

JING DING *also known as* Jane Ding,
OOGIE ART LONG ISLAND INC. *doing
business as* Art Portfolio Center *also known as*
Jane Ding Art School

                Defendants.
----------------------------------------------------------X

**APPEARANCES:**

**Lewis & Lin, LLC**
*Attorneys for the Plaintiff*
45 Main Street
Suite 608
Brooklyn, NY 11201
        By:    David Dong Ann Lin, Esq.,
                  Justin Ryann Mercer, Esq., Of Counsel

**Jing Ding**
*Pro se Defendant*


**NO APPEARANCES:**

**Oogie Art Long Island Inc.**
*Defendant*

**SPATT, District Judge**:

        On May 17, 2018, the pro se Defendant Jing Ding ("Ding") attempted to file an answer on behalf of the corporate Defendant Oogie Art Long Island Inc. ("Oogie").

        The Court cannot accept Ding's answer on behalf of Oogie. A corporate defendant may only be represented by counsel, and therefore only counsel may speak on a corporate defendant's

1

behalf. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02, 113 S. Ct. 716, 721, 121 L. Ed. 656 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel (internal citations omitted)); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) ("Since, of necessity, a natural person must represent the corporation in court, we have insisted that that person be an attorney licensed to practice law before our courts." (internal citations omitted)).

Therefore, the corporate Defendant's answer is not being docketed as an answer.

Additionally, the Court notes that if Ding is unable to secure counsel for Oogie, the corporate defendant will be held in default, and judgment may be entered against it.

The Clerk of the Court is respectfully directed to mail a copy of this Order to the pro se Defendant.

It is **SO ORDERED:**

Dated: Central Islip, New York

May 18, 2018

                                           ___/s/ Arthur D. Spatt_____

                                           ARTHUR D. SPATT

                                           United States District Judge